IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2021CV030223

**ALADDIN PROPERTY HOLDINGS, LLC, a Colorado limited liability company**,

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin corporation**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company, S.I., by and through its counsel, Sandy Eloranto and Lily E. Nierenberg, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    American Family Mutual Insurance Company, S.I. ("American Family") is the Defendant in the above titled action, originally filed in the District Court, Arapahoe County, Colorado, Case No. 2021CV030223. On or about February 4, 2021, Plaintiff, Aladdin Property Holdings, LLC, A Colorado Limited Liability Company ("Aladdin Property Holdings") filed its Complaint and Jury Demand in Arapahoe County District Court, Colorado. The Complaint

seeks recovery of damages as to American Family based on allegations of C.R.S. §§ 10-3-1116, breach of contract and bad fait. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Aladdin Property Holdings is a citizen of the State of Colorado. *See* **Exhibit A** at ¶ 1; *see also* **Exhibit J**. Defendant American Family is a citizen of the state of Wisconsin. *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 2.

4. The amount in controversy exceeds $75,000. Additionally, in District Court Civil (CV) Case Cover Sheet, **Exhibit C**, Plaintiff states it seeks more than $100,000 in damages. *See* **Exhibit C** at 3.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). American Family has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. American Family was served with Plaintiff's Complaint and Jury Demand in this matter on

February 5, 2021.  *See* **Exhibit D**.  Thus, American Family's Notice of Removal is due March 7, 2021.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders that were served by the parties are attached.  Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Arapahoe.  *See* **Exhibit E**.  The process, pleadings, and orders are captioned as follows:

**Exhibit C**  District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit A**  Complaint and Jury Demand;

**Exhibit D**  Return of Service regarding American Family;

**Exhibit G**  Defendant's Motion for Extension of Time to Respond to Complaint;

**Exhibit H**   Order Granting Defendant's Motion for Extension of Time to Respond to Complaint;

**Exhibit I**   Colorado Secretary of State for Aladdin Property Holdings, LLC.

8. American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Arapahoe in Civil Action No. 2021CV030223.  Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel. The register of actions is attached as **Exhibit F**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, American Family Mutual Insurance Company, S.I. respectfully requests that this case be removed from the District Court for the County of Arapahoe, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 5th day of March, 2021.

/s/ Lily E. Nierenberg
Sandy Eloranto
Lily E. Nierenberg
Sutton | Booker P.C.
4949 S. Syracuse, Suite 500
Denver, Colorado 80237
Telephone: 303-730-6204
Facsimile: 303-730-6208
E-Mail: seloranto@suttonbooker.com
**Attorneys for Defendant,**
**American Family Mutual Insurance Company, S.I.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2021, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael Y. Ley
Burns Figa & Will, P.C.
6400 South Fiddler's Green Circle, Ste. 1000
Greenwood Village, CO 80111

/s/ Sarah E. Anderson
*A duly signed original is on file at*
*Sutton | Booker | P.C.*